SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

PATRICIA J. KENNEY (CSBN 130238)
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: 415.436.6857
   Facsimile: 415.436.6748
   E-mail: patricia.kenney@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, ) | | No. C 07-5166 MHP |
|           Plaintiff, ) | | |
|    v. ) | | CERTIFICATE OF SERVICE |
| $86,150 IN UNITED STATES CURRENCY, ) | | |
|           Defendant. ) | | |

     The undersigned hereby certifies that she is an employee in the Office of the United States Attorney for the Northern District of California and is a person of such age and discretion to be competent to serve papers. The undersigned further certifies that she caused a copy of

    1. Government Complaint for Forfeiture;

    2. Notice of Forfeiture Action;

    3. Warrant of Arrest of Property *In Rem;*

    4. Order Setting Conference;

    5. Notice of Availability of Magistrate Judge to Exercise Jurisdiction;

    6. United States District Court's Local Rules and Guidelines;

    7. Dispute Resolution Procedures in the Northern District of California; and

    8. ECF Registration Information Handout

1  to be served on October 9, 2007 via certified mail delivery upon the person(s) below at the
2  place(s) and address(es) which is/are the last known address(es):

3

4  Kenneth Wayne Baldwin, Jr.             Alex Reisman, Esq.
   1805 Torrid Avenue                     214 Duboce Avenue
5  Modesto, CA 95358                      San Francisco, CA 94103
                                          Attorney for Kenneth Wayne Baldwin, Jr.
6

7  Kenneth Wayne Baldwin, Jr.             Graci Adia Maldonado
   1006 Raube Court                       1823 Lloyd C. Gary Drive
8  Modesto, CA 95351                      Tracy, CA 95376

9
       I declare under penalty of perjury under the laws of the United States of America that the
10
   foregoing is true and correct to the best of my knowledge.
11
       Executed this 15th day of January, 2008, at San Francisco, California.
12

13

14                                         _____/S/_____
                                           ALICIA CHIN
15                                         Paralegal/ AFU

16

17

18

19

20

21

22

23

24

25

26

27

28

Certificate of Service
C 07-5166 MHP                                                                                    2