SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

PATRICIA J. KENNEY (CSBN 130238)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: 415.436.6857
    Facsimile: 415.436.6748
    E-mail: patricia.kenney@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, ) | | No. C 07-5166 MHP |
|             Plaintiff, ) | | |
|       v. ) | | CERTIFICATE OF SERVICE |
| $31,901 IN UNITED STATES CURRENCY, ) | | |
|             Defendant. ) | | |

     The undersigned hereby certifies that she is an employee in the Office of the United States Attorney for the Northern District of California and is a person of such age and discretion to be competent to serve papers. The undersigned further certifies that she caused a copy of

    1.  Government Complaint for Forfeiture;

    2.  Notice of Forfeiture Action;

    3.  Warrant of Arrest of Property *In Rem;*

    4.  Order Setting Conference;

    5.  Notice of Availability of Magistrate Judge to Exercise Jurisdiction;

    6.  United States District Court's Local Rules and Guidelines;

    7.  Dispute Resolution Procedures in the Northern District of California; and

    8.  ECF Registration Information Handout

1  to be served on October 9, 2007 via certified mail delivery upon the person(s) below at the
2  place(s) and address(es) which is/are the last known address(es):

4  Kenneth Wayne Baldwin, Jr.  
   1805 Torrid Avenue  
5  Modesto, CA 95358

   Alex Reisman, Esq.  
   214 Duboce Avenue  
   San Francisco, CA 94103  
   Attorney for Kenneth Wayne Baldwin, Jr.

7  Kenneth Wayne Baldwin, Jr.  
   1006 Raube Court  
8  Modesto, CA 95351

   Graci Adia Maldonado  
   1823 Lloyd C. Gary Drive  
   Tracy, CA 95376

10  I declare under penalty of perjury under the laws of the United States of America that the
11  foregoing is true and correct to the best of my knowledge.

12  Executed this 15th day of January, 2008 , at San Francisco, California.

14  _____/S/_____  
    ALICIA CHIN  
15  Paralegal/ AFU

Certificate of Service  
C 07-5166 MHP                                                                        2