1  JOSEPH P. RUSSONIELLO (CBN 44332)
   United States Attorney
2
3  BRIAN J. STRETCH (CABN 163973)
   Chief, Criminal Division
4
   SUSAN B. GRAY (CSBN 100374)
5  Assistant United States Attorney

6     450 Golden Gate Avenue
      San Francisco, California 94102-3495
7     Telephone:  415.436.7324
      Facsimile:   415.436.6748
8     email: susan.b.gray@usdoj.gov

9  Attorneys for the United States of America

                   UNITED STATES DISTRICT COURT

                 NORTHERN DISTRICT OF CALIFORNIA

                     SAN FRANCISCO DIVISION

UNITED STATES OF AMERICA,          )    No. C 07-5166 MHP
                                   )
            Plaintiff,             )
                                   )    NOTICE OF SUBSTITUTION OF
       v.                          )    COUNSEL
                                   )
$31,901 IN UNITED STATES           )
CURRENCY                           )
            Defendant.             )
_____)


    Please take notice that Assistant United States Attorney Susan B. Gray will be the attorney of record in the above entitled matter.

Dated: January 16, 2008              JOSEPH P. RUSSONIELLO
                                     United States Attorney

                                            /S/

                                     SUSAN B. GRAY
                                     Assistant United States Attorney

NOTICE OF SUBSTITUTION OF COUNSEL                                          1
C 07-5166 MHP

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that she is an employee in the Office of the United States Attorney for the Northern District of California and is a person of such age and discretion to be competent to serve papers. The undersigned further certifies that she caused a copy of

- Notice of Substitution of Counsel

to be served this date via first class mail delivery upon the person(s) below at the place(s) and address(es) which is/are the last known address(es):

Kenneth Wayne Baldwin, Jr.
1006 Raube Court
Modesto, CA 95351

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed this 16th day of January, 2008, at San Francisco, California.

/S/
ALICIA CHIN
Paralegal/ AFU