## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

## CIVIL PRETRIAL MINUTES

Date: January 28, 2008

Case No.   C 07-5166  MHP            Judge: MARILYN H. PATEL

Title: USA -v- $31,901 IN U.S. CURRENCY

Attorneys:  Plf: Susan Gray for Patricia Kenney
            Dft: no appearance

Deputy Clerk:  Anthony Bowser   Court Reporter: Jim Yeomans

## PROCEEDINGS

1)   Case Management Conference

2)

3)

## ORDERED AFTER HEARING:

No appearance or claims filed by defendant(s); Motions for default/default judgment to be filed by 3/3/2008.