1 | JOSEPH P. RUSSONIELLO (CSBN 44332)
  | United States Attorney
2 |
3 | BRIAN STRETCH (CSBN 163973)
  | Chief, Criminal Division
4 | PATRICIA J. KENNEY (CSBN 130238)
  | Assistant United States Attorney
5 |
6 | 450 Golden Gate Avenue
  | San Francisco, California 94102-3495
  | Telephone: 415.436.6857
7 | Facsimile:  415.436.6748
  | email: patricia.kenney@usdoj.gov
8 |
9 | Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) | No. C 07-5166 MHP |
|---|---|---|
| Plaintiff, | ) | |
| | ) | WITHDRAWAL OF COUNSEL |
| v. | ) | |
| $31,901 IN UNITED STATES CURRENCY | ) | |
| Defendant. | ) | |

NOTICE is given that Assistant United States Attorney Patricia J. Kenney withdraws her appearance on behalf of the United States of America.

Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney

/s/ Patricia J. Kenney
PATRICIA J. KENNEY
Assistant United States Attorney

Dated: February 4, 2008

CERTIFICATE OF SERVICE

The undersigned hereby certifies that she is an employee in the Office of the United States Attorney for the Northern District of California and is a person of such age and discretion to be competent to serve papers. The undersigned further certifies that she caused a copy of

- Withdrawal of Counsel

to be served this date via first class mail delivery upon the person(s) below at the place(s) and address(es) which is/are the last known address(es):

Kenneth Wayne Baldwin, Jr.
1006 Raube Court
Modesto, CA 95351

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed this 4th day of February, 2008, at San Francisco, California.

*Carolyn Jusay*
CAROLYN JUSAY
Legal Assistant
Asset Forfeiture Unit