JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Acting Chief, Criminal Division

SUSAN B. GRAY (CSBN 100374)
Assistant United States Attorney

    450 Golden Gate Avenue, 9th Floor
    San Francisco, CA 94102
    Telephone: 415.436.7324
    Facsimile:   415.436.6748
    Email: Susan.B.Gray@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 07-5166 MHP |
|     Plaintiff, | |
|     v. | PROOF OF PUBLICATION OF NOTICE OF FORFEITURE ACTION |
| APPROXIMATELY $31,901 IN UNITED STATES CURRENCY, | |
|     Defendant. | |

    The United States hereby submits the attached Proof of Publication by The Recorder newspaper.

                                               Respectfully submitted,

                                               JOSEPH P. RUSSONIELLO
                                               United States Attorney

Dated: February 28, 2008

                                               /s/ Susan B. Gray
                                               SUSAN B. GRAY
                                               Assistant United States Attorney

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that she is an employee in the Office of the United States Attorney for the Northern District of California and is a person of such age and discretion to be competent to serve papers. The undersigned further certifies that she caused a copy of

- PROOF OF PUBLICATION OF NOTICE OF FORFEITURE ACTION

to be served this date via first class mail delivery upon the person(s) below at the place(s) and address(es) which is/are the last known address(es):

Kenneth Wayne Baldwin, Jr.
1006 Raube Court
Modesto, CA 95351

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed this 28th day of February, 2008, at San Francisco, California.

_____
ALICIA CHIN
Paralegal/ AFU

PROOF OF PUBLICATION OF NOFA
No. 07- 5166 MHP

# THE RECORDER
10 United Nations Plaza, 3rd Floor
San Francisco, CA 94102-4911
Public Notice / Legal Advertising (415) 749-5555

Proof of Publication (2010, 2015.5 C.C.P.)

## NOTICE OF FORFEITURE ACTION
Case No. C 07-5166 MHP

### STATE OF CALIFORNIA
### COUNTIES OF SAN FRANCISCO
### AND SAN MATEO

*I am a citizen of the United States and a resident of the County aforesaid. I am over the age of eighteen years, and not a party to or interested in the above matter. I am the principal clerk of the printer and publisher of THE RECORDER, a newspaper of general circulation printed and published daily except Saturdays, Sundays, and legal holidays, in the City and County of San Francisco with circulation in Alameda, Contra Costa, San Mateo and Santa Clara counties, and which newspaper has been adjudged a newspaper of general circulation by the Superior Court of the City and County of San Francisco, State of California under the date December 2, 1907, recorded in Record Book 15, at page 155 thereof, and which newspaper was also adjudged a newspaper of general circulation in San Mateo County on December 5, 2001, that the notice of which the annexed is a printed copy (set in type not smaller than nonpareil), has been published in each regular and entire issue of said newspaper and not in any supplement thereof on the following dates, to-wit:*

10/24/2007

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 24th day of October, 2007
at San Francisco, California

_____
(Signature)

Record ID: 10/24/07-66906-908745-3051967-34401

---

## NOTICE OF FORFEITURE ACTION
No. 07-5166 MHP
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
                      Plaintiff,
v
$31,901 IN UNITED STATES CURRENCY,
                      Defendant.

A civil complaint seeking forfeiture pursuant to 21 U.S.C. § 881(a)(6) was filed on October 9, 2007, in the United States District Court for the Northern District of California by the United States of America, plaintiff, against the in rem defendant property.

In order to contest forfeiture of the in rem defendant property, any person who asserts an interest in or right against the property, must file a verified statement identifying the interest or right within 35 days after the date of service of the complaint in accordance with Rule G(5) of the Supplemental Rules for Admiralty or Maritime and Asset Forfeiture Claims or within 30 days after the date of final publication of the Notice of Forfeiture Action, whichever is earlier. Additionally, a claimant must serve and file an answer to the complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within 20 days after filing the claim.

An agent, bailee or attorney must state the authority to file a statement of interest or right against the property on behalf of another.

Statements of interest and answers should be filed with the Office of the Clerk, United States District Court for the Northern District of California, 450 Golden Gate Avenue, 16th Floor, San Francisco, California 94102, and copies should be served on Patricia J. Kenney, Assistant United States Attorney, 450 Golden Gate Avenue, 9th floor, San Francisco, California 94102.

        Respectfully submitted,
        SCOTT N. SCHOOLS
        United States Attorney
Dated: October 9, 2007
        /S/ PATRICIA J. KENNEY
        Assistant United States Attorney

SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney
BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division
PATRICIA J. KENNEY (CSBN 130238)
Assistant United States Attorney
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone: 415.436.6857
Facsimile: 415.436.6748
Email: patricia.kenney@usdoj.gov
Attorneys for United States of America
No. 908745        Oct 24 1t-R

RECEIVED
UNITED STATES MARSHAL
07 OCT 31 PM 1:59
NORTHERN DISTRICT
OF CALIFORNIA