**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

Richard W. Wieking                                                          General Court Number
Clerk                                                                                    415.522.2000

March 11, 2008

RE:  CV 07-05166 MHP     USA-v- Approximately $31,901 in United States Currency

Default is entered as to defendant on March 11, 2008.

                                                        RICHARD W. WIEKING, Clerk

                                                        by: Sheila Rash
                                                        Case Systems Administrator

NDC TR-4  Rev. 3/89