```
 1  JOSEPH P. RUSSONIELLO (CSBN 44332)
    United States Attorney
 2
    BRIAN J. STRETCH (CSBN 163973)
 3  Chief, Criminal Division

 4  SUSAN B. GRAY (CSBN 100374)
    Assistant United States Attorney
 5
       450 Golden Gate Avenue, Box 36055
 6     San Francisco, California 94102-3495
       Telephone: 415.436.7324
 7     Facsimile:  415.436.7234
       E-mail: susan.b.gray@usdoj.gov
 8
    Attorneys for the United States of America
 9
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | **No. C 07-5166 MHP** |
| Plaintiff, ) | |
| v.  ) | ~~[PROPOSED]~~ **DEFAULT JUDGMENT** |
| ) | |
| APPROXIMATELY $31,901 IN UNITED ) | |
| STATES CURRENCY, ) | |
| ) | |
| Defendants. ) | |

**UPON CONSIDERATION** of the unopposed motion of the United States for a default judgment and the entire record, and based on the findings that (1) the United States provided proper notice by serving parties known to have an interest and by publication as required by Rule 6-1, Local Admiralty Rules, (2) the time for filing a claim and answer has expired and (3) no one has appeared to defend by filing a timely claim and answer, it is by the Court on this <u>22nd</u> day of <u>  May  </u>, 2008,

ORDERED, ADJUDGED AND DECREED that a default judgment be, and hereby is, entered for the United States against (1) $31,901 in United States Currency and it is;

FURTHER ORDERED that the above-captioned and listed defendants be, and hereby are, condemned and forfeited to the United States, pursuant to 21 U.S.C. § 881(a)(6), and that all right, title and interest in said property be and hereby is vested in the United States of America; and it is;

FURTHER ORDERED that the United States Marshals Service shall, in accordance with law, dispose of the forfeited defendants.



_____
HONORABLE MARILYN H. PATEL
United States Magistrate Judge

Default Judgment
C 07-5166 MHP                              2